# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Debbie Petrizzo, et al.,

Plaintiff(s),

v.

DeVry Education Group, Inc., et al.,

Defendant(s).

Case No. 16-cv-09754
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

    which ☐ includes        pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) DeVry Education Group, Inc., DeVry University, Inc., DeVry/New York Inc.,
and against plaintiff(s) Debbie Petrizzo, Renee Heather Polly, Brandy Van Buren, Melissa Lotzman, Jamison Purry, Cheryl Costello, Dakar Villa, Rhonda Garrison, DeLeon McKee, Heather Anderson, Stephanie Cumpton, Julie Ramroop, Elihu Guiste, Jorge Munoz, Denisse Perez, Ashley Dellen, Jorge Rivas, Christopher Condie, Cedric Holloway, Steven V. Diaz, Robyn Petersen, Jairo Jara, Josh Ablian, Elijah Morgan, Ethel Holloway, Kirstine Holiness, Nikita Benson, Kenya Montgomery, Darius Bryant, Thomas Pearson, Steven Nickens, David Viglielmo, Annette Pearson, Alex Haberer, Mariel Jennings, Mariel Jennings, Lynda Crilley, Suzane Apodaca, Jennifer Wallace, Julio Vargas.

.
    Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.


Date: 2/13/2019　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/Susan McClintic , Deputy Clerk